DEERHURST ESTATES, PLAINTIFF-PETITIONER, CROSS-RESPONDENT, v. MEADOW HOMES, INC., DEFENDANT-RESPONDENT, CROSS-PETITIONER.

See same case below:   64 *N. J. Super.* 134.

*Messrs. Rubenstein & Glick* and *Messrs. Levy, Lemken & Margulies* for the petitioner, cross-respondent.

*Messrs. Kristeller, Zucker, Lowenstein & Cohen* for the respondent, cross-petitioner.

January 16, 1961.   Denied.

PAUL G. DeMURO, *ET AL.*, PLAINTIFFS-PETITIONERS, v. JOHN JAY SULLIVAN, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below:   64 *N. J. Super.* 103.

*Mr. William N. Gurtman* for the petitioners.

*Mr. Archibald Krieger* for the respondents.

January 16, 1961.   Denied.